United States District Court

Western District of Texas

Del Rio

**Deficiency Notice**

| | |
|---|---|
| To: | Neri, Juan III |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, June 7, 2019 |
| Re: | 02:18-CR-01989-AM / Doc # 51 / Filed On: 06/07/2019 02:48 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The electronic filing date on the Certificate of Service is incorrect. For this reason, this motion will be terminated and will not be forwarded to Judge for consideration. Please correct and re-file.